# Exhibit A

## Test Purchase Records

# Order Details for Defendant No.1 (Shengzhu)

amazon.com/your-orders/order-details?orderID=[redacted]&ref=ppx_yo2ov_dt_b_fed_order_details

amazon prime | Deliver to Chicago [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | [redacted] Amazon.com | Same-Day Delivery | Buy Again | Prime Video | Amazon Haul | Whole Foods | Amazon Basics | Health AI

Your Account › Your Orders › Order Details

## Order Details

Order placed June [redacted], 2026 | Order # [redacted]

View invoice

**Ship to**
[redacted]
CHICAGO, IL [redacted]
United States

**Payment method**
[redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

**Delivered July** [redacted]
Package was left in a secure location



Besunbar Stadium Seats for Bleachers with Back Support Bleacher Seat Soft Cushion Light Weight Includes Shoulder Strap & Cup Holder, Front & Back Zipper Pocket, Suitable for Sports Events,Black
Sold by: Shengzhu
Return or replace items: Eligible through July [redacted], 2026
$29.99

Buy it again | View your item

Track package
Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review

***Information identifying the test purchaser and the precise delivery location, as well as the specific days of purchase and delivery, has been redacted. The city, state, month, and year remain visible.**

# Order Details for Defendant No.2 (decong2024)


amazon.com/your-orders/order-details?orderID=[redacted]&ref=ppx_yo2ov_dt_b_fed_order_details

Deliver to [redacted] Chicago [redacted]
All | Search Amazon
EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | [redacted] Amazon.com | Same-Day Delivery | Buy Again | Prime Video | Amazon Haul | Whole Foods | Amazon Basics | Health AI

Your Account › Your Orders › Order Details

## Order Details

Order placed July [redacted] 2026 | Order # [redacted]

View invoice

**Ship to**
[redacted]
CHICAGO, IL [redacted]
United States

**Payment method**
[redacted]
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $53.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $53.99 |
| Estimated tax to be collected: | $5.53 |
| **Grand Total:** | **$59.52** |

**Delivered July [redacted]**
Your package was left near the front door or porch.

Besunbar Stadium Seats for Bleachers 2 Pack w/Back Support Bleacher Seat Soft Cushion Light Weight Includes Shoulder Strap & Cup Holder, Front & Back Zipper Pocket, Suitable for Sports Events,Black
Sold by: decong2024
Return or replace items: Eligible through August [redacted] 2026
$53.99
Buy it again | View your item

Track package
Return or replace items
Share gift receipt
Ask Product Question
Leave seller feedback
Write a product review

***Information identifying the test purchaser and the precise delivery location, as well as the specific days of purchase and delivery, has been redacted. The city, state, month, and year remain visible.**

# Order Details for Defendant No.3 (Besunbar)

amazon.com/your-orders/order-details?orderID=[redacted]&ref=ppx_yo2ov_dt_b_fed_order_details

amazon prime | Deliver to Chicago [redacted] | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | [redacted] Amazon.com | Same-Day Delivery | Buy Again | Prime Video | Amazon Haul | Whole Foods | Amazon Basics | Health AI

Your Account › Your Orders › Order Details

## Order Details

Order placed July [redacted] 2026 | Order # [redacted]

View invoice

**Ship to**

[redacted]

CHICAGO, IL [redacted]

United States

**Payment method**

[redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

**Delivered July** [redacted]



Besunbar Stadium Seats for Bleachers with Back Support Bleacher Seat Soft Cushion Light Weight Includes Shoulder Strap & Cup Holder, Front & Back Zipper Pocket, Suitable for Sports Events,Black

Sold by: Besunbar

Return or replace items: Eligible through August [redacted] 2026

$29.99

Buy it again | View your item

Track package

Return or replace items

Share gift receipt

Ask Product Question

Leave seller feedback

Write a product review

***Information identifying the test purchaser and the precise delivery location, as well as the specific days of purchase and delivery, has been redacted. The city, state, month, and year remain visible.**

# Order Details for Defendant No.4 (honghui88)

amazon.com/your-orders/order-details?orderID=[redacted]&ref=ppx_yo2ov_dt_b_fed_order_details

amazon prime | Deliver to [redacted] Chicago | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | [redacted] Amazon.com | Same-Day Delivery | Buy Again | Prime Video | Amazon Haul | Whole Foods | Amazon Basics | Health AI

Your Account › Your Orders › Order Details

## Order Details

Order placed July [redacted] 2026 | Order # [redacted]

View invoice

**Ship to**

[redacted]

CHICAGO, IL [redacted]

United States

**Payment method**

[redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $53.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $53.99 |
| Estimated tax to be collected: | $5.53 |
| **Grand Total:** | **$59.52** |

**Delivered July** [redacted]

Package was left inside the residence's mailbox



janiry Stadium Seat 2 Pack for Bleachers with Back Support,Portable Bleacher Chairs with Back and Cushion，Black

Sold by: honghui88

Return or replace items: Eligible through August [redacted] 2026

$53.99

Buy it again | View your item

Get product support

Track package

Add a protection plan

Return or replace items

Share gift receipt

Ask Product Question

***Information identifying the test purchaser and the precise delivery location, as well as the specific days of purchase and delivery, has been redacted. The city, state, month, and year remain visible.**