# EXHIBIT B

## Evidence of Plaintiff's Address and Postal Code Verification Efforts

# Index

Explanatory Notes ........ 2
Result Summary Table ........ 3
Defendant 1
D1's Information Shown on Amazon ........ 4
Result of address search for D1 ........ 5
Result of postcode search for D1 ........ 8
Defendant 2
D2's Information Shown on Amazon ........ 10
Result of address search for D2 ........ 11
Result of postcode search for D2 ........ 14
Defendant 3
D3's Information Shown on Amazon ........ 16
Result of address search for D3 ........ 17
Result of postcode search for D3 ........ 20
Defendant 4
D4's Information Shown on Amazon ........ 22
Result of address search for D4 ........ 23
Result of postcode search for D4 ........ 26

# Explanatory Notes

This Exhibit summarizes Plaintiff's efforts to verify the physical address and postal-code information available for Defendants through publicly available address-search and postal-code lookup tools.

For each Defendant, Plaintiff first searched the Defendant's stated physical address using Baidu Maps. The search screenshots show the address or search terms entered, the number of search results returned, and the business names and addresses of the search results displayed by Baidu Maps. For most Defendants, Plaintiff reviewed and translated the first ten search results returned by Baidu Maps. For one Defendant, because the search returned a larger number of potentially relevant results, Plaintiff reviewed and translated the first thirty search results to provide a broader basis for comparison.

Plaintiff translated the business names and addresses shown in the relevant Baidu Maps results in order to determine whether any returned result appeared to correspond to the Defendant's stated address, business name, or identifiable location information. The purpose of this review was not to identify every possible business or entity located in the relevant area, but to determine whether the Defendant's stated address could be reasonably located or verified through a commonly used public map-search tool.

Plaintiff also searched the postal-code information associated with Defendants' stated addresses using China Post postal-code lookup tools. For these searches, Plaintiff entered the relevant postal code and reviewed the street-address information returned for that postal code. This reverse postal-code search was conducted to determine whether the postal code corresponded to the street, district, or other address information provided by the Defendant.

Together, the Baidu Maps searches and China Post postal-code searches were conducted as part of Plaintiff's reasonable diligence efforts to determine whether Defendants' stated physical addresses could be located, matched, or otherwise verified for service-related purposes. The screenshots below reflect the search inputs, search-result counts, and relevant search results obtained during Plaintiff's investigation. English translations are provided for Chinese-language search results where necessary.

# Result Summary Table

| Defendant | Address Search Result | Zip Code Search Result |
|---|---|---|
| 1 | No exact match located | Results do not match the address |
| 2 | No exact match located | Results do not match the address |
| 3 | No exact match located | No address is matched to the postcode |
| 4 | No exact match located | Results do not match the address |

# Screenshot 1a: D1's Information Shown on Amazon




**Business Name:**

NingBoShengZhuMaoYiYouXianGongSi

**English Translation for Defendant's Address:**

Room 1202-1, No. 188 Tai'an Middle Road,

Yinzhou District, Ningbo, Zhejiang, China, 315199.

# Screenshot 1b: Number of Total Search Results




English Translation for the content highlighted with the red rectangle:
A total of 69 search results are found.

# Screenshot 1c: Overall Search Results Nos. 1-5




English Translation for Business Names and Addresses:

1. Yongbang Dasha, Phase II, Southern Business District, No. 188 Tai'an Middle Road, Yinzhou District, Ningbo, Zhejiang
2. Ningboshi Yongwei Canyin Guanli Youxian Zeren Gongsi Room 2104-1, No. 188 Tai'an Middle Road, Yinzhou District, Ningbo, Zhejiang
3. Ningbo Weiersi Guoji Maoyi Youxian Gongsi Room 2501-1, No. 188 Tai'an Middle Road, Yinzhou District, Ningbo, Zhejiang
4. Ningbo Dacheng Xin Cailiao Keji Youxian Gongsi Room 2401-1, No. 188 Tai'an Middle Road, Yinzhou District, Ningbo, Zhejiang
5. Ningbo Yijun Jiancai Youxian Gongsi Room 802-1, No. 188 Tai'an Middle Road, Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 1d: Overall Search Results Nos. 6- 10




English Translations for Business Names and Addresses:
6. Ningbo Jian'anjin Shengwu Keji Youxian Gongsi
Room 2101, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
7. Ningbo Caiyi Beima Youxian Gongsi
Room 1802-8, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
8. Ningbo Yitian Jianzhu Gongcheng Youxian Gongsi
Room 2101-5, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
9. Ningbo Xigu Jinchukou Youxian Gongsi
Room 1001-10, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
10. Ningbo Haomuyite Suye Keji Youxian Gongsi
Room 2501-29, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 1e: Postcode Search Result on China Post



# Screenshot 1f: Postcode Search Result on China Post Google Translated




*No match for the Defendant's listed address “Tai'an Middle Road”

# Screenshot 2a: D2's Information Shown on Amazon




**Business Name:**

ningbodecongmaoyiyouxiangongsi

**English Translation for Defendant's Address:**

Room 1102-10, No. 188 Tai'an Middle Road,

Yinzhou District, Ningbo, Zhejiang, China, 315000.

# Screenshot 2b: Number of Total Search Results




English Translation for the content highlighted with the red rectangle:
A total of 68 search results are found.

# Screenshot 2c: Overall Search Results Nos. 1-5




English Translation for Business Names and Addresses:
1. Yongbang Dasha
No. 188 Tai'an Middle Road, Phase II, Southern Business District,
Yinzhou District, Ningbo, Zhejiang
2. Tai'an Zhonglu
Yinzhou District, Ningbo, Zhejiang
3. Ningbo Suyun Guoji Wuliu Youxian Gongsi
Room 1402, Yongbang Building, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang,
Tel: 18014815739
4. Lao Xiangji (Ningbo Nanbu Shangwuqu Dian)
Room 102, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Ningbo, Zhejiang
5. Ningboshi Yongwei Canyin Guanli Youxian Zeren Gongsi
Room 2104-1, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 2d: Overall Search Results Nos. 6-10




English Translations for Business Names and Addresses:
6. Shenzhen Fenqile Xinxi Jishu Fuwu Youxian Gongsi Ningbo Fengongsi
Room 2103-5, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
7. Ningbo Wudoumi Fushi Youxian Gongsi
Room 1501-3, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
8. Ningbo Laozhong Fangtan Chuanmei Youxian Gongsi
Room 403-2, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
9. Ningbo Yihao Wenju Youxian Gongsi
Room 1802-8, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
10. Ningbo Yonghui Shengwu Keji Youxian Gongsi
Room 1001-9, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 2e: Postcode Search Result on China Post



# Screenshot 2f: Postcode Search Result on China Post Google Translated




*No match for the Defendant's listed address “Tai'an Middle Road”

# Screenshot 3a: D3's Information Shown on Amazon




**Business Name:**

ningboyishengmaoyiyouxiangongsi

**English Translation for Defendant's Address:**

Room 1102-8, No. 188 Tai'an Middle Road,

Yinzhou District, Ningbo, Zhejiang, China, 315100.

# Screenshot 3b: Number of Total Search Results




English Translation for the content highlighted with the red rectangle:
A total of 72 search results are found.

# Screenshot 3c: Overall Search Results Nos. 1-5




English Translation for Business Names and Addresses:
1. Yongbang Dasha
No. 188 Tai'an Middle Road, Phase II, Southern Business District,
Yinzhou District, Ningbo, Zhejiang
2. Taian Zhonglu
Yinzhou District, Ningbo, Zhejiang
3. Ningbo Suyun Guoji Wuliu Youxian Gongsi
Room 1402, 14th Floor, Yongbang Building, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
4. Laoxiangji (Ningbo Nanbu Shangwuqu Dian)
Room 102, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Ningbo, Zhejiang
5. Ningbo Jingda Dianzi Keji Youxian Gongsi
Room 1903-2, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 3d: Overall Search Results Nos. 6-10




English Translation for Business Names and Addresses:
6. Ningbo Yihao Wenju Youxian Gongsi
Room 1802-8, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Yinzhou District, Ningbo, Zhejiang
7. Ningbo Jiananjin Shengwu Keji Youxian Gongsi
Room 2101, No. 188 Tai'an Middle Road,
Yinzhou District, Ningbo, Zhejiang
8. Ningbo Xigu JinchukouYouxian Gongsi
Room 1001-10, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Yinzhou District, Ningbo, Zhejiang
9. Ningbo Hanyi Xinxi Keji Youxian Gongsi
Room 1502-6, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Yinzhou District, Ningbo, Zhejiang
10. Ningboshi Yinzhou Zhongba Dianzi Keji Youxian Gongsi
Room 2101-7, No. 188 Tai'an Middle Road,
Shounan Subdistrict, Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 3e: Postcode Search Result on China Post



# Screenshot 3f: Postcode Search Result on China Post Google Translated




*No match for the Defendant's listed address “Tai'an Middle Road”

# Screenshot 4a: D4's Information Shown on Amazon




**Business Name:**

ningbohonghuimaoyiyouxiangongsi

**English Translation for Defendant's Address:**

Unit 15-14-1, No. 796 Yao'ai Road,

Yinzhou District, Ningbo, Zhejiang, China, 315000.

# Screenshot 4b: Number of Total Search Results




English Translation for the content highlighted with the red rectangle：
A total of 62 search results are found.

# Screenshot 4c: Overall Search Results Nos. 1-5




English Translation for Business Names and Addresses:

1. Ningbo Shanhe Jianzhu Laowu Youxian Gongsi
Unit 15-1, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
2. Dongcheng Guoji
No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
3. Yao'ai Road
Ningbo, Zhejiang
4. Ningbo Yibo Shangmao Youxian Gongsi
Unit 15-15, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
5. Ningbo Honghui Maoyi Youxian Gongsi
Unit 15-14-1, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 4d: Overall Search Results Nos. 6-10




English Translation for Business Names and Addresses:
6. Ningbo Ping'an Binguan (Shitiyu Zhongxin Dian)
No. 350 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
7. Ningbo Yongchen Guanggao Youxian Gongsi
Unit 12-14, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
8. Rujia Jiudian (Ningbo Tiyuguan Dian)
No. 361 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
9. Ningbo Mingzheng Baoguan Youxian Gongsi
Unit 14-12-2, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang
10. Ningbo Lingsu Baoguan Youxian Gongsi
Unit 14-10, No. 796 Yao'ai Road,
Yinzhou District, Ningbo, Zhejiang

**Result: No matched Business Name.**

# Screenshot 4e: Postcode Search Result on China Post



# Screenshot 4f: Postcode Search Result on China Post Google Translated




*No match for the Defendant's listed address “Yao'ai Road”