**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PENGHANG ZHUANG<br>Plaintiff,<br>v.<br>DEFENDANTS IDENTIFIED ON SCHEDULE A,<br>Defendants. | Civil Action No. 1:26-cv-11811<br><br>Judge Sara L. Ellis |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 6, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiff Penghang Zhuang, by and through undersigned counsel, will present before the Honorable Sara L. Ellis Plaintiff's Motion for Expedited Discovery and Alternative Service of Process.

DATED September 28, 2026

Respectfully submitted,

By: /s/ Peilin Chen
Peilin Chen
*Counsel for Plaintiff*
NDIL Bar Number 0106730
Delta IP Law PLLC
20F Street NW, Suite 700
Washington DC, 20001, USA
216-507-9678
michael@deltaiplaw.com